SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

~~ORIGINAL~~ FILED

07 JUN -7 AM 9:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JUAN HERNANDEZ TORRES A/K/A
ANDRES SANCHEZ-TORRES,

    Defendant.

No. CR 07 00363

VIOLATION: 8 U.S.C. § 1326 –
Illegal Re-Entry Following Deportation

SAN JOSE VENUE

INFORMATION

The United States charges:

On or about April 25, 2007, the defendant JUAN HERNANDEZ TORRES A/K/A ANDRES SANCHEZ-TORRES, an alien, previously having been arrested and deported from the United States on or about March 30, 1998 and February 4, 1999, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in

//

//

//

INFORMATION

1 | violation of Title 8, United States Code, Section 1326.
2 | DATED: 6/6/07                    SCOTT N. SCHOOLS
                                      United States Attorney

                                      DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Office

7 | (Approved as to form: /s/ Joseph Fazioli )
                            AUSA FAZIOLI

INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED
Title 8 USC 1326 - Illegal Reentry

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**
▶ ANDRES SANCHEZ-TORRES

DISTRICT COURT NUMBER
CR 07 00363 RMW HRL

## PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70286 HRL

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JOSEPH A. FAZIOLI

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: