AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

___NORTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA
V.
JUAN HERNANDEZ - TORRES

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00363 RMW

I, ___Juan Hernandez-Torres___, the above named defendant, who is accused of

a violation of Title 8 U.S.C. section 1326, illegal re-entry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6/7/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

___JUAN T. HERNANDEZ___
Defendant

___[signature]___
Counsel for Defendant

Before ___Patricia V. Trumbull___
Judicial Officer