**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Lee-Anne Shortridge

**DATE:** June 25, 2007  **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- JUAN HERNANDEZ-TORRES (P)(C)
    **APPEARANCES:**         a/k/a ANDRES SANCHEZ-TORRES

**PLTF:** AUSA: J. Fazioli  **DEFT:** N. Humy
    **INTERPRETER:**         L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held.  The government has made an offer to the defendant.  The defense has requested changes to the plea agreement.  The Court continued this matter to July 30, 2007 @ 9:00 am for a Status Hearing.  The Court excluded time based on continuity of counsel and effective preparation.  Time is excluded to 7/30/07.  The government to prepare exclusion order.**

  */s/ Jackie Garcia*
    **JACKIE GARCIA**
   **Courtroom Deputy**