1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ-TORRES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,           )   No. CR 07-00363 RMW
                                       )
12           Plaintiff,                )   **STIPULATION TO CONTINUE**
   v.                                  )   **STATUS DATE; [PROPOSED] ORDER**
13                                     )
   JUAN HERNANDEZ-TORRES,              )
14 a/k/a Andres Sanchez-Torres         )
                                       )
15           Defendant.                )
   _____
16

17        Defendant and the government, through their respective counsel, hereby stipulate that,

   subject to the court's approval, the status hearing date in the above-captioned matter, presently
18
   scheduled for Monday, July 30, 2007, at 9:00 a.m., be continued to Monday, August 06, 2007, at
19
   9:00 a.m.  The continuance is requested to ensure that defense has time to review the revised plea
20
   agreement with Mr. Hernandez-Torres.
21
          The parties further agree and stipulate that time should be excluded from July 30, 2007
22
   through and including August 06, 2007, to provide counsel reasonable time to review revised
23
   plea agreement and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C.
24
   §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting
25
   the requested
26

   STIPULATION TO CONTINUE HEARING;
   [PROPOSED] ORDER
   No. CR 07-00363 RMW                           1

exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: 07/27/07                                             /s/
                                                  NICHOLAS P. HUMY
                                                  Assistant Federal Public Defender

Dated: 07/27/07                                             /s/
                                                  SUSAN KNIGHT
                                                  Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the status hearing set for July 30, 2007 due to continued preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 30, 2007 be continued to August 06, 2007 at 9:00a.m. as well as the period of delay from July 30, 2007, to and including August 06, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated:                                             _____
                                                  RONALD M. WHYTE
                                                  United States District Judge