*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 30, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JUAN HERNANDEZ-TORRES
          APPEARANCES:                          (P) (C)

**PLTF:** AUSA: J. Schenk          **DEFT:** N. Humy
          **INTERPRETER:**                     L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has extended a plea offer. The defense needs time to review the proposed plea agreement. The Court continued this matter to August 6, 2007 @ 9:00 am for a Status Hearing.**

*(signature)*

**JACKIE GARCIA**
**Courtroom Deputy**