**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** August 6, 2007             **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
        **APPEARANCES:**                    (P) (C)

**PLTF:** AUSA: D. Callaway for J. Fazioli    **DEFT:** N. Humy
         **INTERPRETER:**                      L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government has tendered the fast track offer. The defense still needs time to review the offer. The Court set this matter for trial. Jury Trial set for September 17, 2007 @ 1:30 pm; Pretrial Conference set for September 13, 2007 @ 2:00 pm. Time is excluded for effective preparation. Time is excluded to 9/17/07. Government to prepare exclusion order.**

          **JACKIE GARCIA**
          **Courtroom Deputy**