# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363 RMW

**TITLE:** UNITED STATES OF AMERICA  -V- JUAN HERNANDEZ-TORRES

     **APPEARANCES:**          Present, in custody
     **INTERPRETER:**          Spanish - L. Arce
     PROBATION:

**PLTF:** AUSA: J. FAZIOLI     **DEFT:** N. HUMY

**COURT ACTION:** STATUS

**Hearing Held. Defendant requests new attorney. Matter was heard in closed courtroom proceedings Under Seal and the defendant was voir dired by the court. Court ruled that the Assistant Federal Public Defender remain as counsel. All trial dates are vacated. Matter continued to 9/10/07 at 9:00 a.m. for Disposition or setting of trial dates.**

               /s/ Corinne Lew
              **Corinne Lew**
              **Courtroom Deputy**