***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** September 10, 2007        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JUAN HERNANDEZ-TORRES
      **APPEARANCES:**                              (P) (C)

**PLTF:** AUSA: S. Knight for J. Fazioli    **DEFT:** C. Lie for N. Humy
      **INTERPRETER:**                         A. Negro

**COURT ACTION:** **STATUS HEARING**

**Hearing Held. Counsel for both sides were unavailable. The Court continued this matter 9/17/07 @ 9:00 am for Possible Disposition.**

                                    */s/ Jackie Garcia*
                                      **JACKIE GARCIA**
                                    **Courtroom Deputy**