***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** September 17, 2007         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
     **APPEARANCES:**                                                    (P)(C)

**PLTF:** AUSA: J. Fazioli          **DEFT:** N. Humy
         Interpreter:                L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The defendant was prepared to entered a plea, the plea agreement had some discrepancies. The Court continued this matter to 9/24/07 @ 9:00 am for Possible Disposition.**

         */s/ Jackie Garcia*
         **JACKIE GARCIA**
         **Courtroom Deputy**