1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERNANDEZ-TORRES

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,            )   No. CR 07-00363 RMW
                                        )
12           Plaintiff,                 )   **STIPULATION TO CONTINUE**
   v.                                   )   **HEARING DATE; [PROPOSED] ORDER**
13                                      )
   JUAN HERNANDEZ-TORRES,               )
14 a/k/a Andres Sanchez-Torres          )
                                        )
15           Defendant.                 )
   _____
16
        Defendant and the government, through their respective counsel, hereby stipulate that,
17
   subject to the court's approval, the status hearing date in the above-captioned matter, presently
18
   scheduled for Monday, September 24, 2007, at 9:00 a.m., be continued to Monday, October 01,
19
   2007, at 9:00 a.m.  The continuance is requested to due to continued defense preparation.
20
        The parties further agree and stipulate that time should be excluded from September 24,
21
   2007 through and including October 01, 2007, to provide counsel reasonable time to prepare
22
   pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United
23
   States and the defendant agree that granting the requested exclusion of time will serve the interest
24
   of justice and outweigh the interest of the public and defendant in a speedy trial.
25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00363 RMW                            1

| | | |
|---|---|---|
| 1 | Dated: 09/21/07 | _____/s/_____ |
| 2 | | NICHOLAS P. HUMY<br>Assistant Federal Public Defender |
| 3 | Dated: 09/21/07 | _____/s/_____ |
| 4 | | JOSEPH FAZIOLI<br>Assistant United States Attorney |

## ORDER

The parties have jointly requested a continuance of the status hearing set for September 24, 2007 due to continued preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 24, 2007 be continued to October 01, 2007 at 9:00a.m. as well as the period of delay from September 24, 2007, to and including October 01, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: _____
RONALD M. WHYTE
United States District Judge