BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant HERNANDEZ-TORRES

*E-FILED - 10/1/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00363 RMW |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING DATE;  ORDER** |
| JUAN HERNANDEZ-TORRES, | ) | |
| a/k/a Andres Sanchez-Torres | ) | |
| Defendant. | ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Monday, September 24, 2007, at 9:00 a.m., be continued to Monday, October 01, 2007, at 9:00 a.m.  The continuance is requested to due to continued defense preparation.

    The parties further agree and stipulate that time should be excluded from September 24, 2007 through and including October 01, 2007, to provide counsel reasonable time to prepare pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

STIPULATION TO CONTINUE HEARING;
[] ORDER
No. CR 07-00363 RMW                    1

1  Dated: 09/21/07                              _____/s/_____
                                                NICHOLAS P. HUMY
2                                               Assistant Federal Public Defender

3  Dated: 09/21/07                              _____/s/_____
                                                JOSEPH FAZIOLI
4                                               Assistant United States Attorney

5

6                                          **ORDER**

7       The parties have jointly requested a continuance of the status hearing set for September

8  24, 2007 due to continued preparation.

9       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

10 presently set for September 24, 2007 be continued to October 01, 2007 at 9:00a.m. as well as the

11 period of delay from September 24, 2007, to and including October 01, 2007, be excluded for

12 purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections

13 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

14

15
   Dated:   10/1/07                             *Ronald M Whyte*
16                                              _____
                                                RONALD M. WHYTE
                                                United States District Judge
17

18

19

20

21

22

23

24

25

26