***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
            APPEARANCES:                                    (P)  (C)

**PLTF:** AUSA: J. Fazioli    **DEFT:** N. Humy
            **INTERPRETER:**         L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held.  The parties need additional time to come to an agreement as to the dates of deportation.  The Court continued this matter to 10/22/07 @ 9:00 am for Possible Disposition.**

/s/ Jackie Garcia
   **JACKIE GARCIA**
   **Courtroom Deputy**