***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** October 22, 2007   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
**APPEARANCES:**   (P) (C)

**PLTF:** AUSA: J. Fazioli   **DEFT:** N. Humy
**INTERPRETER:**   L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties are close to resolving the case and agreeing on a deportation date. The government to provide the defense with additional discovery. The Court continued this matter to 10/29/07 @ 9:00 am for Possible Disposition. The Court excluded time based on effective preparation. Time is excluded to 10/29/07. Government to prepare exclusion order.**


*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**