**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** October 29 2007         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
    **APPEARANCES:**                          (P) (C)

**PLTF:** AUSA: J. Fazioli          **DEFT:** N. Humy
   **INTERPRETER:**                    L. Acre

**COURT ACTION:** STATUS HEARING

Hearing Held. The defense has received documents that determine the defendant's deportation date. Defendant can not swear under oath to that date. The defense needs time to investigate the case. The government needs to explore a modification of the plea offer. The Court continued this 11/19/07 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 11/19/07. Government to prepare exclusion order.

                                                /s/ Jackie Garcia
                                                **JACKIE GARCIA**
                                                **Courtroom Deputy**