SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 12/13/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00363 RMW |
|     Plaintiff, ) | [] ORDER RESCHEDULING CHANGE OF PLEA DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|   v. ) | |
| JUAN HERNANDEZ-TORRES, ) a/k/a Andres Sanchez-Torres, ) | |
|     Defendant. ) | |

     This matter was previously set for status/change of plea on November 19, 2007.  The parties now jointly request that the matter be rescheduled.  The parties will need to confer before any potential change of plea could forward, including potentially exchanging information regarding the defendant's prior deportations.  It is the parties' understanding that the Court is available on December 17, 2007.

     In light of the above, the parties agree, and the Court finds and holds, as follows:

1.    This matter is set for status/change of plea on December 17, 2007, at 9:00 a.m.

2.    The time between November 19, 2007 and December 17, 2007 is excluded under the

STIPULATION AND [] ORDER
CR 07-00363 RMW

1  Speedy Trial Act. The parties agree that the failure to grant the requested continuance would
2  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
3  into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree
4  that the ends of justice served by granting the requested continuance outweigh the best interest of
5  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
6  See 18 U.S.C. § 3161(h)(8)(A).

8  STIPULATED:
9  DATED:   12/7/07                         /s/
                                            NICHOLAS HUMY
10                                          Assistant Federal Public Defender

12 DATED:   12/7/07                         /s/
                                            JOSEPH A. FAZIOLI
13                                          Assistant United States Attorney

14 IT IS SO ORDERED.

15 DATED:   12/13/07                        *Ronald M. Whyte*
                                            RONALD M. WHYTE
16                                          UNITED STATES DISTRICT JUDGE