***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte       **REPORTER:** Lee-Anne Shortridge

**DATE:** December 17, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES (P)(C)
   **APPEARANCES:**

**PLTF:** AUSA: J. Nedrow for J. Fazioli      **DEFT:** N. Humy
      **INTERPRETER:**             L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised the Court that they have provided information to the government on the deportation allegations that is problematic to the government. The government to file a new information and extend the defense with a fast track offer. The Court continued this matter to January 14, 2008 @ 9:00 am for a Possible Disposition. The Court excluded time based on effective preparation. Time is excluded to 1/14/08. Government to prepare exclusion order.**

                                             */s/ Jackie Garcia*
                                               **JACKIE GARCIA**
                                             **Courtroom Deputy**