**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008       **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- JUAN HERNANDEZ-TORRES
        **APPEARANCES:**              (P) ©

**PLTF:** AUSA: J. Fazioli        **DEFT:** N. Humy
        **INTERPRETER:**            L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defendant made a request for appointment of new counsel. In-camera, the Court voir dired the defendant. The Court granted defendant's request for new counsel. The Court continued this matter to 1/31/08 @ 9:30 am before Magistrate Judge Lloyd for IDC. The Court continued this matter to 2/11/08 @ 9:00 am for a Status Hearing before Judge Whyte.**

                    */s/ Jackie Garcia*
                       **JACKIE GARCIA**
                     **Courtroom Deputy**