JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail: joseph.fazioli@usdoj.gov

Attorneys for the United States

*E-FILED - 3/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JUAN HERNANDEZ-TORRES,<br>    a/k/a Andres Sanchez-Torres,<br>    Defendant. | No. CR 07-00363 RMW<br><br>[] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    There was a status hearing in this matter on January 28, 2008 at which time was excluded. In the meantime, the parties have been conferring regarding discovery and a potential resolution of the case. The parties now jointly request that the matter be placed on the Court's calender on March 24, 2008. Newly appointed defense counsel Alfred Morales would like a further opportunity to review the previously-produced discovery in this matter, and the government is seeking to fulfill a recent supplemental discovery request for any potential tapes or transcripts of the defendant's prior deportations. It is the parties' understanding that the Court is available on March 24, 2008.

STIPULATION AND [] ORDER
CR 07-00363 RMW

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. This matter is set for status on March 24, 2008, at 9:00 a.m.

2. The time between January 28, 2008 and March 24, 2008 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:_____/s/_____        ___3/7/08_____
                                  ALFREDO MORALES
                                  Defense Counsel


DATED:_____/s/_____        ___3/7/08_____
                                  JOSEPH A. FAZIOLI
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 3/24/08                    _/s/ Ronald M. Whyte_____
                                  RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE