| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JOSEPH A. FAZIOLI (ILSBN 6273413)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5081
E-Mail: joseph.fazioli@usdoj.gov

***E-FILED 4/4/08***

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN HERNANDEZ-TORRES,<br>    a/k/a Andres Sanchez-Torres,<br><br>    Defendant. | No. CR 07-00363 RMW<br><br>[~~xxxxxxxxxxxx~~] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

There was a status hearing in this matter on January 28, 2008 at which time was excluded. The parties then submitted a stipulation rescheduling this matter to March 24, 2008 and excluding time. In the meantime, the parties have been conferring regarding discovery and a potential resolution of the case. The parties now jointly request that the matter be placed on the Court's calender on April 28, 2008. Newly appointed defense counsel Alfred Morales would like a further opportunity to review the previously-produced discovery in this matter, and the government is seeking to fulfill a recent supplemental discovery request for any potential tapes or transcripts of the defendant's prior deportations. This process has taken longer than expected

STIPULATION AND [PROPOSED] ORDER
CR 07-00363 RMW

1  given the substantial period of time which has passed since one of the deportations in question.
2  It is the parties' understanding that the Court is available on April 28, 2008.
3  In light of the above, the parties agree, and the Court finds and holds, as follows:
4  1. This matter is set for status on April 28, 2008, at 9:00 a.m.
5  2. The time between March 24, 2008 and April 28, 2008 is excluded under the Speedy Trial
6  Act. The parties agree that the failure to grant the requested continuance would unreasonably
7  deny defense counsel reasonable time necessary for effective preparation, taking into account the
8  exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of
9  justice served by granting the requested continuance outweigh the best interest of the public and
10 the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. §
11 3161(h)(8)(A).

STIPULATED:

DATED:     3/31/08            /s/
                              ALFREDO MORALES
                              Defense Counsel

DATED:     3/31/08            /s/
                              JOSEPH A. FAZIOLI
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 4, 2008          /s/ Ronald M. Whyte
                              RONALD M. WHYTE
                              UNITED STATES DISTRICT JUDGE