1   Alfredo M. Morales, SBN 69204
    LAW OFFICES OF MORALES & LEAÑOS
2   75 East Santa Clara St, Suite 250
    San Jose, CA  95113
3   (408) 294-5400

4   Counsel for Defendant
    Juan Hernandez-Torres

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA        )   CASE NO. CR-07-00363 RMW
                                    )
12              Plaintiff,          )   [PROPOSED] ORDER RESCHEDULING
    vs.                             )   STATUS HEARING AND EXCLUDING
13                                  )   TIME FROM THE SPEEDY TRIAL ACT
                                    )   CALCULATION (18 U.S.C. SECTION
14                                  )   3161(h)(8)(A)
    JUAN HERNANDEZ-TORRES,          )
15  _____)

16      The parties have been conferring regarding discovery. The parties now jointly request that

17  the matter be placed on the Court's calendar on June 2, 2008. Defense counsel Alfred Morales

18  would like a further opportunity to review the previously produced discovery in this matter and

19  the government is seeking to fulfill a request for supplemental discovery for any potential tapes

20  or transcripts of the defendant's prior deportations. This process has taken longer than expected

21  given the substantial period of time which has passed since one of the deportations in question. It

22  is the parties' understanding that the Court is available on June 2, 2008.

23      In light of the above, the parties agree, and the Court finds and holds, as follows:

24  1. The matter is set for status on June 2, 2008 at 9:00 a.m.

25  2. The time between April 28, 2008 and June 2, 2008 is excluded under the Speedy Trial Act.

26  The parties agree that the failure to grant the requested continuance would unreasonably deny

27  defense counsel reasonable time necessary for effective preparation, taking into account the

28
        STIPULATION AND [PROPOSED] ORDER
        CR 07-00363 RMW

1   exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of

2   justice served by granting the requested continuance outweigh the best interest of the public and

3   the defendant in a speedy trial and in the prompt disposition of criminal cases. <u>See</u> 18 U.S.C. §

4   3161(h)(8)(A).

5

6   STIPULATED

7

8   Dated:   April 22, 2008                                        _____/s/_____
                                                                    Alfredo M. Morales
9                                                                   Attorney for Defendant,
                                                                    Juan Hernandez-Torres
10

    Dated:  April 22, 2008                                         _____/s/_____
11                                                                  Joseph A. Fazioli
                                                                    Assistant United States Attorney
12

    IT IS SO ORDERED.
13

    Dated:_____, 2008
14                                                                  _____
                                                                    RONALD M. WHYTE
15                                                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 07-00363 RMW