Alfredo M. Morales, SBN 69204
LAW OFFICES OF MORALES & LEAÑOS
75 East Santa Clara St, Suite 250
San Jose, CA  95113
(408) 294-5400

Counsel for Defendant
Juan Hernandez-Torres

*E-FILED - 5/27/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-07-00363 RMW |
| ) | |
| Plaintiff, ) | [] ORDER RESCHEDULING |
| vs. ) | STATUS HEARING AND EXCLUDING |
| ) | TIME FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. SECTION |
| ) | 3161(h)(8)(A) |
| JUAN HERNANDEZ-TORRES, ) | |

The parties have been conferring regarding discovery. The parties now jointly request that the matter be placed on the Court's calendar on June 2, 2008. Defense counsel Alfred Morales would like a further opportunity to review the previously produced discovery in this matter and the government is seeking to fulfill a request for supplemental discovery for any potential tapes or transcripts of the defendant's prior deportations. This process has taken longer than expected given the substantial period of time which has passed since one of the deportations in question. It is the parties' understanding that the Court is available on June 2, 2008.

In light of the above, the parties agree, and the Court finds and holds, as follows:

1. The matter is set for status on June 2, 2008 at 9:00 a.m.

2. The time between April 28, 2008 and June 2, 2008 is excluded under the Speedy Trial Act. The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the

STIPULATION AND ] ORDER
CR 07-00363 RMW

1  exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of
2  justice served by granting the requested continuance outweigh the best interest of the public and
3  the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. §
4  3161(h)(8)(A).

6  STIPULATED

8  Dated:   April 22, 2008                              _____/s/_____
                                                        Alfredo M. Morales
9                                                       Attorney for Defendant,
                                                        Juan Hernandez-Torres

10
   Dated:  April 22, 2008                               _____/s/_____
11                                                      Joseph A. Fazioli
                                                        Assistant United States Attorney
12
   IT IS SO ORDERED.
13
   Dated:_____5/27_____, 2008                       _Ronald M. Whyte_____
14                                                      RONALD M. WHYTE
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CR 07-00363 RMW