1  Alfredo M. Morales [SBN69204]
   Law Offices of Morales & Leaños
2  75 East Santa Clara Street, Suite 250
   San Jose, CA 95113
3  Tel: (408) 294-5400

4

5  Attorneys for Defendant Juan Hernandez-Torres

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            )   No. CR 07 00363
                                        )
10              Plaintiff,              )   [PROPOSED] ORDER RESCHEDULING
                                        )   STATUS HEARING AND EXCLUDING
11         vs.                          )   TIME FROM THE SPEEDY TRIAL ACT
                                        )   CALCULATION (18 U.S.C. SECTION
12                                      )   3161(h)(8)(A)
                                        )
13 JUAN HERNANDEZ-TORRES,               )
                                        )
14              Defendant.              )
                                        )
15 _____ )

16     The parties have been conferring regarding discovery. In addition, defense counsel has been
17 diligently conducting independent investigation. Defense counsel needs additional time to consult
18 with an attorney who specializes in immigration law in order to pursue legal issues on behalf of
19 defendant.
20     It is the parties' understanding that the Court is available on June 30, 2008.
21     By reason of the foregoing, the parties agree, and the court finds and holds, as follows:
22     1. The matter is set for status on June 30, 2008 at 9:00 a.m.
23     2. The time between June 2, 2008 and June 30, 2008 is excluded under the Speedy Trial Act.
24     The parties agree that the failure to grant the requested continuance would unreasonably
25 deny defense counsel reasonable time necessary for effective preparation, taking into account the
26 exercise of due diligence. (See 18 U.S.C. §3161(h)(8)(B)(iv)). The parties agree that the ends of
27 justice served by granting the requested continuance outweigh the best interest of the public and the
28 /////

Stipulation and [Proposed] Order

defendant in a speedy trial and in the prompt disposition of criminal cases. (See 18 U.S.C. 3161(h)(8)(A).

IT IS SO STIPULATED,

Dated: May 22, 2008

_____
Alfredo M. Morales
Attorney for Defendant
Juan Hernandez-Torres

Dated: May 27, 2008

_____
Joseph A. Fazioli
Assistant United States Attorney

IT IS SO ORDERED,

Dated: May ___, 2008

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order