```
1  Alfredo M. Morales [SBN 69204]
   Law Offices of Morales & Leaños
2  75 East Santa Clara Street, Suite 250
   San Jose, CA 95113
3  Tel: (408) 294-5400
4
```

***E-FILED - 5/30/08***

Attorneys for Defendant Juan Hernandez-Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN HERNANDEZ-TORRES, <br><br> Defendant. | No. CR 07 00363-RMW <br><br> [~~XXXXXXXX~~] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. SECTION 3161(h)(8)(A) |

The parties have been conferring regarding discovery. In addition, defense counsel has been diligently conducting independent investigation. Defense counsel needs additional time to consult with an attorney who specializes in immigration law in order to pursue legal issues on behalf of defendant.

It is the parties' understanding that the Court is available on June 30, 2008.

By reason of the foregoing, the parties agree, and the court finds and holds, as follows:

1. The matter is set for status on June 30, 2008 at 9:00 a.m.

2. The time between June 2, 2008 and June 30, 2008 is excluded under the Speedy Trial Act.

The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. (See 18 U.S.C. §3161(h)(8)(B)(iv)). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the

/////

Stipulation and [~~XXXXXXX~~] Order

1  defendant in a speedy trial and in the prompt disposition of criminal cases. (See 18 U.S.C.
2  3161(h)(8)(A).
3
4       IT IS SO STIPULATED,
5
6  Dated: May 22, 2008
7
8                                              _____
9                                              Alfredo M. Morales
                                                Attorney for Defendant
                                                Juan Hernandez-Torres
10
11
12 Dated: May 27, 2008
13
14                                             _____
                                                Joseph A. Fazioli
                                                Assistant United States Attorney
15
16      IT IS SO ORDERED,
17
18 Dated: May 30, 2008
                                                *Ronald M. Whyte*
19                                             _____
                                                RONALD M. WHYTE
20                                              UNITED STATES DISTRICT JUDGE

Stipulation and [~~XXXXXXX~~] Order