***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte                **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008                **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JUAN HERNANDEZ-TORRES
         **APPEARANCES:**                 (P) (C)

**PLTF:** AUSA: J. Fazioli            **DEFT:** A. Morales
         **INTERPRETER:**                L. Acre

**COURT ACTION: STATUS HEARING**

Hearing Held. The parties request a referral to a magistrate judge for a settlement conference. The Court refers the matter to Magistrate Judge Trumbull for a settlement conference on 7/7/08 @ 10:30 AM. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing.


                                    /s/ Jackie Garcia
                                      **JACKIE GARCIA**
                                    **Courtroom Deputy**