UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 7/7/08

Court Reporter:                    Clerk:

Case No: CR 07-00363 RMW           Case Title: USA v. JUAN HERNANDEZ-TORRES

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Joseph Fazioli | Al Morales |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status    [ ] Discovery
                        [X] Settlement   [ ] Final
                        [ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted           [ ] Settled
[ ] Denied               [ ] Briefs to be filed  [X] Not Settled
[ ] Granted in part, denied in part              [ ] Off Calendar

.

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

Notes: Discussions Continuing.