1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3

**FILED**

2008 JUL 10 A 9 19    E-FILING

4

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )    No.  CR 07-00363 RMW
                                     )
13        Plaintiff,                 )
                                     )
14    v.                             )    VIOLATION:  8 U.S.C. § 1326 –
                                     )    Illegal Re-Entry Following Deportation
15  JUAN HERNANDEZ-TORRES            )
     a/k/a Andres Sanchez-Torres,    )
16                                   )    SAN JOSE VENUE
                                     )
17        Defendant.                 )
    _____)

18              S U P E R S E D I N G  I N F O R M A T I O N

19

20  The United States charges:

21    On or about April 25, 2007, the defendant

22                    JUAN HERNANDEZ-TORRES,
                      a/k/a Andres Sanchez-Torres,

23  an alien, previously having been arrested and deported from the United States on or about

24  March 30, 1998, February 4, 1999, January 27, 2000, August 7, 2003, and November 4, 2005,

25  was found in the Northern District of California, the Attorney General of the United States and

26  the Secretary for Homeland Security not having expressly consented to a re-application by the

27  //

28  //


INFORMATION

1  defendant for admission into the United States, in violation of Title 8, United States Code,

2  Section 1326.

3  DATED: _July 8, 2008_                  JOSEPH P. RUSSONIELLO
                                          United States Attorney

4

5

6                                          DAVID R. CALLAWAY
                                           Deputy Chief, San Jose Office

7

8  (Approved as to form: _____ )
                          AUSA FAZIOLI

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

08 JUL 10 AM 9:20

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

DEFENDANT - U.S.
RICHARD W. WIEKING
CLERK
JUAN HERNANDEZ-TORRES, a/k/a Andres Sanchez-Torres

DISTRICT COURT NUMBER
CR 07-00363 RMW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70286 HRL

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JOSEPH A. FAZIOLI

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:
Comments: