***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00284-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- JUAN HERNANDEZ-TORRES
           **APPEARANCES:**                  (P) ©

**PLTF:** AUSA: J. Fazioli            **DEFT:** A. Morales
           **INTERPRETER:**                   L. Acre

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government filed a superseding information. The defendant does not want to plead and will proceed by way of the indictment. The government advised the Court that they will file a superseding indictment. The Court continued this matter to 8/4/08 @ 9:00 AM for a Status Hearing.**

              /s/ Jackie Garcia
                JACKIE GARCIA
              **Courtroom Deputy**