No. 07-CR-00363 RMW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

THE UNITED STATES OF AMERICA

vs.

JUAN HERNANDEZ-TORRES,
a/k/a Andres Sanchez-Torres

## SUPERSEDING INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this 23 day of July

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No process needed

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2

3

4  E-FILING

5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,            )   No. CR 07-00363 RMW
                                          )
13 |         Plaintiff,                   )
                                          )
14 |    v.                                )   VIOLATION: 8 U.S.C. § 1326 –
                                          )   Illegal Re-Entry Following Deportation
15 | JUAN HERNANDEZ-TORRES,                )
      a/k/a Andres Sanchez-Torres,        )
16                                        )   SAN JOSE VENUE
             Defendant.                   )
17 |_____)

18              **SUPERSEDING INDICTMENT**

19  The Grand Jury charges:

20      On or about April 25, 2007, the defendant

21                  JUAN HERNANDEZ-TORRES,
                      a/k/a Andres Sanchez-Torres,
22

23  an alien, previously having been arrested and deported from the United States on or about

24  March 30, 1998, February 4, 1999, January 27, 2000, August 7, 2003, and November 4, 2005,

25  was found in the Northern District of California, the Attorney General of the United States and

26  the Secretary for Homeland Security not having expressly consented to a re-application by the

27  //

28  //

FILED

2008 JUL 24 A 8: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SUPERSEDING INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,
2  Section 1326.
3  DATED: 7/23/08                              A TRUE BILL.
4
5                                                     *Ramona Will*
6                                              FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office
11
12 (Approved as to form: _____)
                         AUSA FAZIOLI
13

SUPERSEDING INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

**DEFENDANT - U.S.**

2008 JUL 24  A 8:09

JUAN HERNANDEZ-TORRES, a/k/a/Andres Sanchez Torres

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CR 07-00363 RMW

**DISTRICT COURT NUMBER**
CR 07-00363 RMW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70286 HRL

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JOSEPH FAZIOLI

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: