JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSEPH A. FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile: (408) 535-5081
   E-Mail:  joseph.fazioli@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JUAN HERNANDEZ-TORRES,<br>    a/k/a Andres Sanchez-Torres,<br>    Defendant. | No. CR 07-00363 RMW<br><br>[PROPOSED] ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     This matter was previously set for a hearing before the district court on August 4, 2008. On July 24, 2008, the defendant was arraigned before the magistrate court on a superseding indictment. At that arraignment, the parties jointly requested that the next hearing in this matter before the district court be reset to August 11, 2008, and that time be excluded under the Speedy Trial Act for the time period between July 24, 2008 and August 11, 2008. The magistrate court granted the parties' request to reset the hearing to August 11, 2008, and found that an exclusion of time under the Speedy Trial Act was appropriate.

     In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 07-00363 RMW

1.     This matter is set for status before the district court on August 11, 2008, at 9:00 a.m.

2.     The time between July 24, 2008 and August 11, 2008 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:  7/25/08                     /s/
                                    ALFREDO MORALES
                                    Defense Counsel

DATED:  7/25/08                     /s/
                                    JOSEPH A. FAZIOLI
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____

                                    HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE