1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILSBN 6273413)
   Assistant United States Attorney
5
6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      Facsimile: (408) 535-5081
8     E-Mail:  joseph.fazioli@usdoj.gov                    ***E-FILED - 8/6/08***

9  Attorneys for the United States

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  _____ )     No. CR 07-00363 RMW
    UNITED STATES OF AMERICA,         )
15                                    )     [] ORDER RESCHEDULING
            Plaintiff,                )     STATUS HEARING AND EXCLUDING
16                                    )     TIME FROM THE SPEEDY TRIAL ACT
        v.                            )     CALCULATION (18 U.S.C. §
17                                    )     3161(h)(8)(A))
    JUAN HERNANDEZ-TORRES,            )
18          a/k/a Andres Sanchez-Torres, )
                                      )
19          Defendant.                )
                                      )
20  _____ )

21       This matter was previously set for a hearing before the district court on August 4, 2008.

22  On July 24, 2008, the defendant was arraigned before the magistrate court on a superseding

23  indictment.  At that arraignment, the parties jointly requested that the next hearing in this matter

24  before the district court be reset to August 11, 2008, and that time be excluded under the Speedy

25  Trial Act for the time period between July 24, 2008 and August 11, 2008.  The magistrate court

26  granted the parties' request to reset the hearing to August 11, 2008, and found that an exclusion

27  of time under the Speedy Trial Act was appropriate.

28       In light of the above, the parties agree, and the Court finds and holds, as follows:

STIPULATION AND [] ORDER
CR 07-00363 RMW

1    1.    This matter is set for status before the district court on August 11, 2008, at 9:00

2  a.m.

3    2.    The time between July 24, 2008 and August 11, 2008 is excluded under the

4  Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would

5  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

6  into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree

7  that the ends of justice served by granting the requested continuance outweigh the best interest of

8  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

9  See 18 U.S.C. § 3161(h)(8)(A).

10

11 STIPULATED:

12 DATED:____7/25/08_____              _____/s/_____
                                        ALFREDO MORALES
13                                      Defense Counsel

14

15 DATED:____7/25/08_____              _____/s/_____
                                        JOSEPH A. FAZIOLI
16                                      Assistant United States Attorney

17 IT IS SO ORDERED.

18 DATED:___8/6/08_____              *Ronald M. Whyte*

19 ~~HOWARD R. LLOYD~~
   UNITED STATES ~~MAGISTRATE~~ JUDGE
20     RONALD M. WHYTE

21

22

23

24

25

26

27

28