No. **CR-07 00363 RMW** HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

FILED
2008 AUG 13 P 2: 07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

## THE UNITED STATES OF AMERICA

vs.

### JUAN HERNANDEZ-TORRES,
a/k/a Andres Sanchez-Torres

## SECOND SUPERSEDING INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this __13__ day of __August__

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ _no process_

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 AUG 13 P 2:07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN HERNANDEZ-TORRES,<br>    a/k/a Andres Sanchez-Torres,<br><br>    Defendant. | No. CR 07-00363 RMW<br><br>VIOLATION: 8 U.S.C. § 1326 –<br>Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

### SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about April 25, 2007, the defendant

JUAN HERNANDEZ-TORRES,
a/k/a Andres Sanchez-Torres,

an alien, previously having been excluded, deported, and removed from the United States on or about March 30, 1988, February 4, 1999, January 27, 2000, August 7, 2003, and November 4, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

//

SECOND SUPERSEDING INDICTMENT

It is further alleged that the defendant was removed from the United States subsequent to a conviction for commission of an aggravated felony.

All in violation of United States Code, Sections 1326(a) and (b).

DATED: 8/13/08

A TRUE BILL.

*Ramona Wills*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
AUSA FAZIOLI

SECOND SUPERSEDING INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 P 2:07
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

### OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

E-FILING

### DEFENDANT - U.S.

▶ JUAN HERNANDEZ-TORRES, a/k/a/Andres Sanchez Torres

DISTRICT COURT NUMBER
CR 07-00363 RMW

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

### PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70286 HRL

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JOSEPH FAZIOLI

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: