*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte  **REPORTER:** Summer Clanton

**DATE:** August 11, 2008  **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA  -v-  JUAN HERNANDEZ-TORRES
  **APPEARANCES:**  (P) (C)

**PLTF:** AUSA: J. Fazioli  **DEFT:** A,. Morales
  **INTERPRETER:**   L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The parties were unable to resolve the case. Government shall modify the charging document. The Court set the matter for trial: Jury Trial set for 9/15/08 @ 1:30 PM; Pretrial Conference set for 9/4/08 @ 2:00 PM. The Court excluded time based on effective preparation. Time is excluded to 9/15/08. Government to prepare exclusion. The Court will continue the trial date, if defense counsel is in trial.**

  */s/ Jackie Garcia*
   **JACKIE GARCIA**
  **Courtroom Deputy**