**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte     **REPORTER:** Lee-Anne Shortridge

**DATE:** September 2, 2008     **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00363-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- ANDRES SANCHEZ-TORRES
       **APPEARANCES:**                (P) ©

**PLTF:** AUSA: J. Fazioli     **DEFT:** A. Schwartz
       **INTERPRETER:**          A. Negro

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel requested to vacate the current pretrial conference and trial dates. Defense counsel is newly appointed and needs to come up to speed with the case. The Court continued the pretrial conference and trial to: Pretrial Conference - 10/9/08 @ 2:00 PM; Jury Trial - 10/14/08 @ 1:30 PM. The Court excluded time based on effective preparation. Time is excluded to 10/14/08. Government to prepare exclusion order.**

                    */s/ Jackie Garcia*
                       JACKIE GARCIA
                    **Courtroom Deputy**