Allen H. Schwartz,  SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel:  (408) 298-9494
Fax: (408) 298-4551

Attorney for Defendant: JUAN HERNANDEZ-TORRES

*E-FILED - 11/25/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN HERNANDEZ-TORRES,<br><br>  Defendant. | Case No. CR 07-00363 RMW<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>SENTENCING HEARING |

    Defendant, Juan Hernandez-Torres, through his counsel Allen H. Schwartz, and plaintiff, the United States, through its counsel, Joseph A. Fazioli, hereby stipulate to a continuance of the sentencing now set for hearing on December 1, 2008, at 9:00 a.m to January 12, 2009, at 9:00 a.m., before this court.  The probation officer in this case, Benjamin Flores has been contacted and he has no objection to the proposed continuance.

    The parties have agreed to this continuance for the reason that defendant

1

requires additional time to review the record and confer with preceding counsel in preparing his sentencing memorandum.

Respectfully submitted,

Dated:

_____
ALLEN H. SCHWARTZ
Attorney for Defendant

Dated:

_____
JOSEPH A. FAZIOLI
Assistant U.S. Attorney

## ORDER

Based upon the stipulation of the parties and the facts set forth, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing date of December 1, 2008 in this matter is vacated. Sentencing is continued to January 12, 2009 at 9:00 a.m. in this court.

Dated:  11/24/08

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge